UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ESEYAS WELDETNISA MEBRAHTU #A201-428-013, Plaintiff | CIVIL DOCKET NO. 1:20-CV-00943-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| CHRISTOPHER FREDERICK, Defendant | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 14], and after a *de novo* review of the record, noting the absence of objection, having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 6th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE